**Order filed September 27, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00395-CV
_____

### DUN HUANG PLAZA ASSOCIATION, INC., Appellant

### V.

### SUN9028, INC., Appellee

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2019-44332A**

---

## O R D E R

Appellant's brief was due August 24, 2022**.** No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot and Zimmerer.